JS-6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| YUNG HUA LIN,<br><br>    Plaintiff,<br><br>    v.<br><br>UR M. JADDOU, as the Director of the U.S. Citizenship and Immigration Services,<br><br>    Defendant | Case No.: 2:24-CV-00224 FMO (PVC)<br><br>ORDER GRANTING STIPULATION [14] FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE<br><br>Honorable Fernando M. Olguin<br>United States District Judge |

GOOD CAUSE HAVING BEEN SHOWN, the parties' Stipulation for Voluntary Dismissal of this matter without prejudice is GRANTED.

IT IS SO ORDERED.

Dated:  March 12, 2024

                               /s/  Fernando M. Olguin
                               UNITED STATES DISTRICT JUDGE

Stipulation

1